UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROSA MORALES,

        Plaintiff,

  -against-

PATHMARK STORES, INC.,

        Defendant.

-------------------------------------------------------------------X

**JURY DEMAND**

07 CV 8236

    **PLEASE TAKE NOTICE**, that defendant Pathmark Stores, Inc. hereby demands a trial by a jury.

Dated: Mineola, New York
       September 21, 2007

                                Respectfully submitted,

                                KRAL, CLERKIN, REDMOND, RYAN,
                                    PERRY & GIRVAN, LLP
                                Attorneys for Defendant
                                Office & P.O. Address
                                69 East Jericho Turnpike
                                Mineola, New York 11501
                                (516) 742-3470

                                BY: _____
                                    HENRY M. PRIMAVERA (8788)

TO: STILLMAN & STILLMAN, P.C.
     Attorneys for Plaintiff
     2622 E. Tremont Avenue
     Bronx, New York 10461
     (718) 828-1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSA MORALES,

                      Plaintiff,

    -against-

PATHMARK STORES, INC.,

                      Defendant.
-----------------------------------------------------------X

**Affidavit of Service**

CV 07 8236

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF NASSAU )

    LORETTA GRECO, being duly sworn, deposes and says: That your deponent is not a party to the action and is over the age of 18 years old and on September 21, 2007 served the within NOTICE OF REMOVAL upon the attorneys for the respective parties to this action as follows:

TO:  STILLMAN & STILLMAN, P.C.
      Attorneys for Plaintiff
      2622 East Tremont Avenue
      Bronx, New York 10461
      (718) 828-1400

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                      LORETTA GRECO

Sworn to before me this
September 21, 2007

_____
NOTARY PUBLIC

JOYCE KEDZIERSKI
Notary Public, State of New York
No. 01KE6099771
Qualified in Nassau County
Commission Expires October 6, 20___

ROSA MORALES,

                            Plaintiff,

-against-

PATHMARK STORES, INC.,

                            Defendant.

---

## JURY DEMAND

---

**KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

*Attorneys for*       **PATHMARK STORES, INC.**

69 EAST JERICHO TURNPIKE
MINEOLA, NEW YORK 11501
(516) 742-3470

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* ...................................     Signature..........................................................................................

                              Print Signer's Name......................................................................

---

*Service of a copy of the within*                                            *is hereby admitted.*

*Dated:*

                                                 *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ **NOTICE OF ENTRY**    that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                 20

☐ **NOTICE OF SETTLEMENT**    that an Order of which the within is a true copy will be presented for settlement to the
Hon.                             one of the judges of the within named Court,
at
on                     20       , at           M.

*Dated:*

                                                                    **KRAL, CLERKIN, REDMOND, RYAN
PERRY & GIRVAN, LLP**

                              *Attorneys for*

                                                                    69 EAST JERICHO TURNPIKE

*To:*                                                                     MINEOLA, NEW YORK 11501

*Attorney(s) for*