UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
ROSA MORALES                                                       Docket No.:         07 CIVCV 8236

                                        Plaintiffs,

                        -v.-

PATHMARK STORES, INC.,

                                Defendants.                      *NOTICE   OF   APPEARANCE*

-------------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that the undersigned attorney hereby appears on behalf of the plaintiffs to this action.

       **PLEASE TAKE FURTHER NOTICE**, that all pleadings and papers relating to the above captioned action should be served upon the undersigned.

Dated:  New York, New York
         November 14, 2007

                                              S A K K A S   &   C A H N ,   L L P

                                      By: _____
                                           MATTHEW SAKKAS, ESQ. (WMS 3351)
                                           Attorneys for Plaintiffs
                                           150 Broadway, Suite 1307
                                           New York, N.Y.  10038
                                           Tel:     (212)693-1313
                                           Fax:    (212)693-1314

TO:

KRAL, CLERKIN, REDMOND, RYAN        Clerk
PERRY & GIRVAN, LLP                          United States District Court
Henry M. Primavera, Esq.  (HMP 8788)   Southern District of New York
Attorney for Defendant                         500 Pearl Street
69 East Jericho Turnpike                     New York, N.Y
Mineola, NY 11501
(516) 742-3470