UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROSA MORALES,                                    Docket No.:      07 Civ. 8236
                                                 Justice:         Hon. Louis L. Stanton
                        Plaintiff,

            -v.-
                                                 ***PLAINTIFF'S SUPPLEMENTAL
PATHMARK STORES, INC.,                           RULE 26 DISCLOSURE***

                        Defendant.
------------------------------------------------------------------X

   Plaintiff, by her counsel, make the following disclosure pursuant to FRCP Rule 26(a)(1):

   (B)   Documents and things in the possession of the disclosing party:

         Annexed hereto please find 4 photos of the location of the accident and 3 photos of the plaintiff post accident.

Dated:  New York, New York
        January 18, 2008

                                                 SAKKAS & CAHN, LLP

                                         By:     _____
                                                 MATTHEW SAKKAS, ESQ.
                                                 Attorney for Plaintiff
                                                 150 Broadway, Suite 1307
                                                 New York, N.Y. 10038
                                                 Tel:   (212)693-1313
                                                 Fax:   (212)693-1314













**AFFIRMATION OF SERVICE**

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New York.  On January 18, 2008 I mailed a copy of the within ***PLAINTIFF'S SUPPLEMENTAL RULE 26 DISCLOSURE*** to the persons or firms listed below at the following addresses:

> KRAL CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP
> Attn.:  HENRY M. PRIMAVERA, ESQ.,
> Attorneys for Defendant
> 69 East Jericho Turnpike
> Mineola, NY 11501

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       January 18, 2008

S A K K A S   &   C A H N ,   L L P

By: _____
MATTHEW SAKKAS, ESQ.
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y.  10038
Tel:    (212)693-1313
Fax:    (212)693-1314

-2-

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Docket No.:    07 Civ. 8236<br>Justice:    Hon. Louis L. Stanton |

ROSA MORALES,

                                  Plaintiff,

        -*v.*-

PATHMARK STORES, INC.,

                                  Defendant.

***PLAINTIFF'S SUPPLEMENTAL RULE 26***
***DISCLOSURE***

*SAKKAS & CAHN, LLP*
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:(212)693-1313
Fax:(212)693-1314