ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSA MORALES,                                    Docket No.:   07 Civ. 8236
                                                 Justice:      Hon. Louis L. Stanton
                         Plaintiffs,

        -v.-                                     **ORDER PERMITTING JOINDER
                                                 AND REMANDING CASE TO
PATHMARK STORES, INC.,                           STATE COURT**

                         Defendants.
------------------------------------------------------------X

    WHEREAS the plaintiff has made an application to this Court for an order, pursuant to FRCP Rule 20(a)(2)(A) and FRCP Rule 20(a)(2)(B), for leave to join as a defendant a party whose joinder would destroy this Court's subject matter jurisdiction; and

    WHEREAS the plaintiff has made an application to this Court for an order, pursuant to 28 USC §1447(e), remanding this action to New York State Supreme Court, Bronx County; and

    WHEREAS the plaintiff's application for this relief is not opposed; it is hereby

    ORDERED that plaintiff is granted leave to join as a defendant FC Acquisitions Associates, LLC; and it is further      LLS

    ORDERED that this case is remanded to New York State Supreme Court, Bronx County for all further proceedings; and it is further      LLS

    ORDERED that the Clerk of the Court for the United States District Court for the Southern District of New York shall transfer the file of this matter to the Bronx County Clerk in the usual manner with a copy of this Order.

Dated: New York, New York
       March 24, 2008

SAKKAS & CAHN, LLP

By: /s/ Matthew Sakkas

MATTHEW SAKKAS, ESQ.
Attorney for Plaintiff
150 Broadway, Suite 1307
New York, N.Y. 10038
Tel:  (212)693-1313
Fax:  (212)693-1314

KRAL CLERKIN, REDMOND, RYAN,
PERRY & GIRVAN, LLP

By: /s/ Henry M. Primavera

HENRY M. PRIMAVERA, ESQ.,
Attorneys for Defendant
69 East Jericho Turnpike
Mineola, NY 11501
(516) 742-3470

SO ORDERED:

/s/ Louis L. Stanton

Hon. Louis L. Stanton, USDJ

3/27/08

-2-